No. 74–1328. JENKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–580. ALLIS-CHALMERS MANUFACTURING CO. v. GULF & WESTERN INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–721. PHELPS v. CHRISTISON, RECEIVER. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5611. LISK v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–82. SHEET METAL WORKERS' INTERNATIONAL ASSN. v. CARTER. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–184. LAVALLEE, CORRECTIONAL SUPERINTENDENT v. ROGERS. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–502. AMERICAN MARINE CORP. v. LOUVIERE ET AL.; and

No. 75–505. PNEUMATIC SERVICE & EQUIPMENT CO. ET AL. v. LOUVIERE ET AL. C. A. 5th Cir. Motion of respondents Louviere et al. for leave to proceed in forma pauperis in No. 75–505 granted. Certiorari denied. Reported below: 509 F. 2d 278 and 515 F. 2d 571.